**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____   Chapter ___7___

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Jericho Construction LLC |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 83-3041818 |

| | |
|---|---|
| **4.** | **Debtor's address** |

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 59 Jericho Road<br>Pomfret Center, CT 06259 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Windham | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  Jericho Construction LLC
_____    Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____2361____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | Jericho Construction LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

    Contact name

    Phone

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☒ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Jericho Construction LLC                                         Case number (if known)
_____                    _____
         Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 16, 2024
              _____
              MM / DD / YYYY

**X** /s/   Joseph Trottier                                    Joseph Trottier
_____          _____
Signature of authorized representative of debtor          Printed name

Title    Owner
      _____

**18. Signature of attorney**

**X** /s/ Kevin Wickless                         Date    May 16, 2024
_____          _____
Signature of attorney for debtor                          MM / DD / YYYY

Kevin Wickless
_____
Printed name

Kevin Wickless Law LLC
_____
Firm name

114 Main Street
Norwich, CT 06360
_____
Number, Street, City, State & ZIP Code

Contact phone    (860) 889-8804x2        Email address    kevinwickless@gmail.com
_____                 _____

CT
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name ____Jericho Construction LLC_____

United States Bankruptcy Court for the:  __DISTRICT OF CONNECTICUT_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May 16, 2024_____    **X** /s/   Joseph Trottier_____
                                                    Signature of individual signing on behalf of debtor

                                                    Joseph Trottier_____
                                                    Printed name

                                                    Owner_____
                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Jericho Construction LLC

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................ $         0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................... $     55,259.05

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................ $     55,259.05

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     115,442.41

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $     3,332.78

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     222,315.50

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b      $     341,090.69

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

05/16/24 2:21 PM

**Fill in this information to identify the case:**

Debtor name ___Jericho Construction LLC___

United States Bankruptcy Court for the: ___DISTRICT OF CONNECTICUT___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Jericho Construction LLC
_____
         Name

Case number (If known) _____

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2018 Ford F-350<br>In the process of repossession | $48,442.00 | Kelly Blue Book | $55,259.05 |
| 47.2.   Excavator<br>In the process of repossession | $0.00 | | Unknown |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**

      Add lines 47 through 50.    Copy the total to line 87.

      | $55,259.05 |
      |---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☒ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

05/16/24 2:21 PM

Debtor    Jericho Construction LLC
          _____
          Name

Case number *(If known)* _____

☐ Yes Fill in the information below.

Debtor  Jericho Construction LLC
_____
Name

Case number *(If known)* _____

Part 12:    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $55,259.05 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $55,259.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $55,259.05 |

**Fill in this information to identify the case:**

Debtor name ____Jericho Construction LLC_____

United States Bankruptcy Court for the: ____DISTRICT OF CONNECTICUT_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Ally | Describe debtor's property that is subject to a lien | $55,259.05 | $55,259.05 |
|---|---|---|---|---|

Creditor's Name
Attn: Head of Bankruptcy Dept
PO Box 380901
Minneapolis, MN 55438

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
02/25/2022

**Last 4 digits of account number**
4899

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

2018 Ford F-350In the process of repossession

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Financial Pacific Leasing | Describe debtor's property that is subject to a lien | $60,183.36 | $0.00 |
|---|---|---|---|---|

Creditor's Name
Attn: Head of Bankruptcy Dept
3455 S. 344th Way, Ste 300

Auburn, WA 98001

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
7301

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor

ExcavatorIn the process of repossession

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

| Debtor | Jericho Construction LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. $115,442.41

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name ___Jericho Construction LLC___

United States Bankruptcy Court for the: ___DISTRICT OF CONNECTICUT___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,332.78 | $3,332.78 |
| Town of Pomfret<br>Attn: Head of Bankruptcy Dept<br>Pomfret Tax Office<br>5 Haven Road<br>Pomfret Center, CT 06259 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred<br>2021-2022 | Basis for the claim: | | |
| Last 4 digits of account number ____ | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.95 |
| A Royal Flush, Inc<br>Attn: Head of Bankruptcy Dept<br>181 Old Post Road<br>Southport, CT 06890 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred ___ | Basis for the claim: ___ | |
| Last 4 digits of account number  6957 | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,209.34 |
| American Express<br>Attn: Head of Bankruptcy Dept<br>115 W. Towns Ridge Parkway<br>Sandy, UT 84070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred 4/21/2022 | Basis for the claim:  Credit card purchases | |
| Last 4 digits of account number  1007 | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Debtor    Jericho Construction LLC
        Name

Case number *(if known)*

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,908.72 |
|---|---|---|---|

Atlus
Attn: Head of Bankruptcy Dept
2121 Airline Drive, Suite 520
Metairie, LA 70001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Collection Account

**Last 4 digits of account number**  1311

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,448.00 |
|---|---|---|---|

Berkshire Bank
Attn: Head of Bankruptcy Dept
PO Box 1308
Pittsfield, MA 01202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  1/2020

**Basis for the claim:**  Overdrawn Bank account

**Last 4 digits of account number**  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,778.00 |
|---|---|---|---|

Bitty Advance 2
Attn: Head of Bankruptcy Dept
1855 Griffin Rd A-474
Dania, FL 33004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  1810

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

Brianna and Brendon Kudelchuk
51 Terry Road
Griswold, CT 06351

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Potential claim

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,726.77 |
|---|---|---|---|

Centerline Products LLC
Attn: Head of Bankruptcy Dept
1384 Hartford Trnpke
Oakdale, CT 06370

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  11/9/2022

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,332.96 |
|---|---|---|---|

Citizens
Attn: Head of Bankruptcy Dept
One Citizens Plaza
Providence, RI 02903

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number**  6196

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,652.97 |
|---|---|---|---|

Clean Restroom Rentals Inc
Attn: Head of Bankruptcy Dept
200 Friberg Parkway, Suite 2003
Westborough, MA 01581

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2023

**Basis for the claim:** _

**Last 4 digits of account number**  5086

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor   Jericho Construction LLC
     Name

Case number *(if known)*

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,778.00 |
|---|---|---|---|

Cure Payment Recovery Solutions, LLC
Attn: Head of Bankruptcy Dept
1490 William Floyd Pkwy Suite 102
Shirley, NY 11967

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Collection Account_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,125.75 |
|---|---|---|---|

CWPM
Attn: Head of Bankruptcy Dept
PO Box 415
Plainville, CT 06062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $553.00 |
|---|---|---|---|

GB Collects, LLC
Attn: Head of Bankruptcy Dept
Voorhees, NJ 08043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _09/2023_

**Basis for the claim:** _Collection Account_

**Last 4 digits of account number** _3408_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,277.34 |
|---|---|---|---|

Geraghty & Bonnano, LLC
Attn: Head of Bankruptcy Dept
38 Granite Street
New London, CT 06320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022-2023_

**Basis for the claim:** _

**Last 4 digits of account number** _6599_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,378.11 |
|---|---|---|---|

Gulfeagle Supply- Bozrah, CT 113
Attn: Head of Bankruptcy
30 Haughton Road

Bozrah, CT 06334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _06/23-08/23_

**Basis for the claim:** _

**Last 4 digits of account number** _8520_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Heller, Heller & McCoy
Attn: William E. McCoy Esq.
736 Norwich-New London Turnpike
Uncasville, CT 06382

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,643.93 |
|---|---|---|---|

Home Depot
Attn: Head of Bankruptcy Dept
PO Box 9001010
Louisville, KY 40290

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Credit card purchases_

**Last 4 digits of account number** _5770_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| Debtor | Jericho Construction LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**
Joseph Soper
15 Barber Farm Road
Lisbon, CT 06351

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential Claim_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
LaFramboise
Attn: Head of Bankruptcy
PO Box 303
Thompson, CT 06277

**Date(s) debt was incurred** _12/22 and 2/23_

**Last 4 digits of account number** _1691_

As of the petition filing date, the claim is: *Check all that apply.*  **$8,070.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**
Lamont, Hanley & Associates, Inc
Attn: Head of Bankruptcy
PO Box 179
Manchester, NH 03105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2212_

As of the petition filing date, the claim is: *Check all that apply.*  **$2,292.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Collection Account_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**
Lawler Law, LLC
Attn: Head of Bankruptcy Dept
Cromwell Executive Center
75 Berlin Road, Suite 111
Cromwell, CT 06416

**Date(s) debt was incurred** _2022-2023_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$18,546.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Collection Attorney_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**
Lawler Law, LLC
Attn: George V. Lawler, Jr, Esq
75 Berlin Road, Suite 111
Cromwell, CT 06416

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$17,726.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Collection Attorney_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
Mar Sank & Associates, LLC
Attn: Head of Bankruptcy
666 Glenbrook Road
Stamford, CT 06906

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0445_

As of the petition filing date, the claim is: *Check all that apply.*  **$21,209.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Collection Attorney_

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
Megan and Mat Broneill
11 Wildflower Trail

North Stonington, CT 06359

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Potential Claim_

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    Jericho Construction LLC                                    Case number (if known) _____
          Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,546.72 |

**3.24**
**Nonpriority creditor's name and mailing address**
PVC Direct
Attn: Head of Bankruptcy Dept
1384 Hartford New London Tpke
Oakdale, CT 06370

**Date(s) debt was incurred** _2022-2023_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.    $18,546.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.25**
**Nonpriority creditor's name and mailing address**
U.S. Small Business Administration
Attn: Head of Bankruptcy Dept
280 Trumbull St, 2nd Floor
Hartford, CT 06103

**Date(s) debt was incurred** _

**Last 4 digits of account number** _8307_

As of the petition filing date, the claim is: Check all that apply.    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 3,332.78 |
| **5b. Total claims from Part 2** | 5b. + | $ 222,315.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 225,648.28 |

**Fill in this information to identify the case:**

Debtor name _____Jericho Construction LLC_____

United States Bankruptcy Court for the: ____DISTRICT OF CONNECTICUT_____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Contract for construction of single family home | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Briana and Brandon Kudelchuk<br>51 Terry Road<br>Jewett City, CT 06351 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Contract for single family construction | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Joseph Soper<br>15 Barber Farm Rd<br>Jewett City, CT 06351 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Contract for construction of single family home | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | Matthew and Megan Bronelli<br>11 Wildflower Trail<br>North Stonington, CT 06359 |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Jericho Construction LLC

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | Column 1: **Codebtor** |  | Column 2: **Creditor** |  |
|---|---|---|---|---|
|  | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.4 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Ally | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Mar Sank &<br>Associates, LLC | ☐ D _____<br>☒ E/F ___3.22___<br>☐ G _____ |
| 2.6 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | American Express | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |
| 2.7 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Lawler Law, LLC | ☐ D _____<br>☒ E/F ___3.20___<br>☐ G _____ |
| 2.8 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Atlus | ☐ D _____<br>☒ E/F ___3.3___<br>☐ G _____ |
| 2.9 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Financial Pacific<br>Leasing | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor ___Jericho Construction LLC_____     Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.10 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Centerline Products LLC | ☐ D _____<br>☒ E/F ___3.7___<br>☐ G _____ |
| 2.11 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Lawler Law, LLC | ☐ D _____<br>☒ E/F ___3.21___<br>☐ G _____ |
| 2.12 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Brianna and Brendon Kudelchuk | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |
| 2.13 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Joseph Soper | ☐ D _____<br>☒ E/F ___3.17___<br>☐ G _____ |
| 2.14 | Joseph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Megan and Mat Broneill | ☐ D _____<br>☒ E/F ___3.23___<br>☐ G _____ |
| 2.15 | Stacey Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Gulfeagle Supply-Bozrah, CT 113 | ☐ D _____<br>☒ E/F ___3.14___<br>☐ G _____ |
| 2.16 | Stacey Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Brianna and Brendon Kudelchuk | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |
| 2.17 | Stacey Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Joseph Soper | ☐ D _____<br>☒ E/F ___3.17___<br>☐ G _____ |
| 2.18 | Stacey Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Megan and Mat Broneill | ☐ D _____<br>☒ E/F ___3.23___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ____Jericho Construction LLC____

United States Bankruptcy Court for the:  ____DISTRICT OF CONNECTICUT____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:     Income

1. **Gross revenue from business**

   ☒ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   |---|---|---|

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Jericho Construction LLC _____     Case number *(if known)* _____

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<table>
<tr><td>**Part 3:**</td><td>**Legal Actions or Assignments**</td></tr>
</table>

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | American Express National Bank v. Trottier, Joseph Et Al<br>WWM-CV23-6028121-S | Collection | Windham Superior Court<br>155 Church Street<br>Putnam, CT 06260 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. | Centerline Products v. Joseph Trottier Et Al<br>KNL-CV24-6066253-S | Collection | New London Superior Court<br>70 Huntington Street<br>New London, CT 06320 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

<table>
<tr><td>**Part 4:**</td><td>**Certain Gifts and Charitable Contributions**</td></tr>
</table>

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table>
<tr><td>**Part 5:**</td><td>**Certain Losses**</td></tr>
</table>

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<table>
<tr><td>**Part 6:**</td><td>**Certain Payments or Transfers**</td></tr>
</table>

**11. Payments related to bankruptcy**

| Debtor | Jericho Construction LLC | Case number *(if known)* | |

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    Jericho Construction LLC _____    Case number *(if known)* _____

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Berkshire Bank<br>PO Box 1308<br>Pittsfield, MA 01202 | **XXXX**-2212 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 06/01/2023 | $0.00 |
| 18.2. | Berkshire Bank<br>PO Box 1308<br>Pittsfield, MA 01202 | **XXXX**-2803 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

| Debtor | Jericho Construction LLC | Case number *(if known)* | |
|---|---|---|---|

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   Benning Small Business Advisors
Southington, CT 06489 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address | |
|---|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    Jericho Construction LLC _____    Case number *(if known)* _____

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joesph Trottier | 59 Jericho Road<br>Pomfret Center, CT 06259 | Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

05/16/24 2:21 PM

| | |
|---|---|
| Debtor  Jericho Construction LLC | Case number *(if known)* |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     May 16, 2024

/s/   Joseph Trottier                                    Joseph Trottier
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    Owner

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

05/16/24 2:21 PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re    Jericho Construction LLC
_____    Case No. _____
                          Debtor(s)    Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................    $    2,500.00

   Prior to the filing of this statement I have received ....................................    $    2,500.00

   Balance Due ................................................................................................    $    0.00

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

May 16, 2024
_____
_Date_

/s/ Kevin Wickless
Kevin Wickless
_Signature of Attorney_
Kevin Wickless Law LLC
114 Main Street
Norwich, CT 06360
(860) 889-8804x2   Fax: (860) 889-8806
kevinwickless@gmail.com
_Name of law firm_

---

05/16/24 2:21 PM

# United States Bankruptcy Court
## District of Connecticut

In re    Jericho Construction LLC                             Case No. _____

                                   Debtor(s)            Chapter     7

# VERIFICATION OF CREDITOR MATRIX

I, the Owner  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 16, 2024                      /s/  Joseph Trottier _____

                                         Joseph Trottier/Owner
                                         Signer/Title

A Royal Flush, Inc
Attn: Head of Bankruptcy Dept
181 Old Post Road
Southport, CT 06890


Ally
Attn: Head of Bankruptcy Dept
PO Box 380901
Minneapolis, MN 55438


American Express
Attn: Head of Bankruptcy Dept
115 W. Towns Ridge Parkway
Sandy, UT 84070


Atlus
Attn: Head of Bankruptcy Dept
2121 Airline Drive, Suite 520
Metairie, LA 70001


Berkshire Bank
Attn: Head of Bankruptcy Dept
PO Box 1308
Pittsfield, MA 01202


Bitty Advance 2
Attn: Head of Bankruptcy Dept
1855 Griffin Rd A-474
Dania, FL 33004


Briana and Brandon Kudelchuk
51 Terry Road
Jewett City, CT 06351


Brianna and Brendon Kudelchuk
51 Terry Road
Griswold, CT 06351


Centerline Products LLC
Attn: Head of Bankruptcy Dept
1384 Hartford Trnpke
Oakdale, CT 06370


Citizens
Attn: Head of Bankruptcy Dept
One Citizens Plaza
Providence, RI 02903

Clean Restroom Rentals Inc
Attn: Head of Bankruptcy Dept
200 Friberg Parkway, Suite 2003
Westborough, MA 01581


Cure Payment Recovery Solutions, LLC
Attn: Head of Bankruptcy Dept
1490 William Floyd Pkwy Suite 102
Shirley, NY 11967


CWPM
Attn: Head of Bankruptcy Dept
PO Box 415
Plainville, CT 06062


Financial Pacific Leasing
Attn: Head of Bankruptcy Dept
3455 S. 344th Way, Ste 300
Auburn, WA 98001


GB Collects, LLC
Attn: Head of Bankruptcy Dept
Voorhees, NJ 08043


Geraghty & Bonnano, LLC
Attn: Head of Bankruptcy Dept
38 Granite Street
New London, CT 06320


Gulfeagle Supply- Bozrah, CT 113
Attn: Head of Bankruptcy
30 Haughton Road
Bozrah, CT 06334


Heller, Heller & McCoy
Attn: William E. McCoy Esq.
736 Norwich-New London Turnpike
Uncasville, CT 06382


Home Depot
Attn: Head of Bankruptcy Dept
PO Box 9001010
Louisville, KY 40290


Joseph Soper
15 Barber Farm Road
Lisbon, CT 06351

```
Joseph Trottier
59 Jericho Road
Pomfret Center, CT 06259


LaFramboise
Attn: Head of Bankruptcy
PO Box 303
Thompson, CT 06277


Lamont, Hanley & Associates, Inc
Attn: Head of Bankruptcy
PO Box 179
Manchester, NH 03105


Lawler Law, LLC
Attn: Head of Bankruptcy Dept
Cromwell Executive Center 75 Berlin Road
Cromwell, CT 06416


Mar Sank & Associates, LLC
Attn: Head of Bankruptcy
666 Glenbrook Road
Stamford, CT 06906


Matthew and Megan Bronelli
11 Wildflower Trail
North Stonington, CT 06359


Megan and Mat Broneill
11 Wildflower Trail
North Stonington, CT 06359


PVC Direct
Attn: Head of Bankruptcy Dept
1384 Hartford New London Tpke
Oakdale, CT 06370


Stacey Trottier
59 Jericho Road
Pomfret Center, CT 06259


Town of Pomfret
Attn: Head of Bankruptcy Dept
Pomfret Tax Office 5 Haven Road
Pomfret Center, CT 06259
```

U.S. Small Business Administration
Attn: Head of Bankruptcy Dept
280 Trumbull St, 2nd Floor
Hartford, CT 06103

# United States Bankruptcy Court
## District of Connecticut

In re   Jericho Construction LLC _____     Case No. _____
                                                    Debtor(s)        Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Jericho Construction LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Joseph Trottier
59 Jericho Road

Pomfret Center, CT 06259 _____

☐ None [*Check if applicable*]

May 16, 2024 _____          /s/ Kevin Wickless _____
Date                                      Kevin Wickless
                                          Signature of Attorney or Litigant
                                          Counsel for   Jericho Construction LLC
                                          Kevin Wickless Law LLC
                                          114 Main Street
                                          Norwich, CT 06360
                                          (860) 889-8804x2  Fax:(860) 889-8806
                                          kevinwickless@gmail.com